# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2955
LT Case No. 2024-115633-MMDB

———————————————

JASON LAVON MCCLAIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the County Court for Volusia County.
Wesley Harold Heidt, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

October 17, 2025

WALLIS, J.

In this *Anders*[1] case, Appellant appeals his judgment and
sentence for Resisting An Officer Without Violence following a
bench trial. We affirm Appellant's judgment and sentence but

———

[1] *Anders v. California*, 386 U.S. 738 (1967).

remand for entry of a corrected judgment which strikes the $50 Cost of Investigation because the Appellee never requested the same be imposed by the trial judge. *See Richards v. State*, 288 So. 3d 574, 577 (Fla. 2020) ("[T]he State must request investigative costs to make a defendant liable for those costs . . . ."); *Somers v. State*, No. 5D2024-2640, 2025 WL 2370675, at \*1 (Fla. 5th DCA Aug. 15, 2025) (striking cost of investigation when there was no request by the State).

AFFIRMED in part; REVERSED in part; and REMANDED with instructions.

EDWARDS and EISNAUGLE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

2